UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| INDUSTRIAL COMMERCIAL ) | |
| ELECTRIAL, INC. et al., ) | Case No. 02-45451-JBR |
| ) | |
| Debtors. ) | |
| ) | |
| _____ ) | |

## NOTICE OF APPEAL

The United States of America, by its undersigned counsel, appeals to the District Court, pursuant to 28 U.S.C. § 158(a), from the order of the Bankruptcy Court dated January 27, 2004, and entered on January 28, 2004, sustaining the Debtors' Objection to Administrative Claim of Internal Revenue Service.

The names of all parties to the Order from which this Notice of Appeal is filed, and the names, addresses and telephone numbers of their respective attorneys are as follows:

> Official Committee of Unsecured Creditors
> *represented by*
>
> Michael J. Fencer
> JAGER SMITH P.C.
> One Financial Center
> Boston, Massachusetts 02111
>   Tel.: (617) 951-0500
>
> United States of America
> (Internal Revenue Service)
> *represented by*
>
> Barry E. Reiferson
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 55, Ben Franklin Sta.
> Washington, D.C. 20044-0055
>   Tel.: (202) 514-6058
>
> Michael J. Sullivan
> John Joseph Moakley Courthouse
> 1 Courthouse Way Suite 9200
> Boston, MA 02210
>   Tel.: (617) 748-3100

FILED IN CLERK'S OFFICE
2004 FEB -9 A 9: 22
BANKRUPTCY COURT
WORCESTER, MA

**FILING FEE NOT PAID**

      Industrial Commercial Electrical
        *represented by*

      Carl D. Aframe
      Aframe, Barnhill & von Timroth, PA
      370 Main Street
      Suite 975
      Worcester, MA 01608
        Tel.: (508) 756-6940

      I.C.E.- Conn, Inc.
        *represented by*

      Carl D. Aframe
      Aframe, Barnhill & von Timroth, PA
      370 Main Street
      Suite 975
      Worcester, MA 01608
        Tel.: (508) 756-6940

      I.C.E. Management Corporation
        *represented by*

      Carl D. Aframe
      Aframe, Barnhill & von Timroth, PA
      370 Main Street
      Suite 975
      Worcester, MA 01608
        Tel.: (508) 756-6940

    The United States Trustee though not a party, may be served, pursuant to Fed.R.Bankr.P. 8004, at the following address:

      US Trustee
      Franklin Square Tower
      600 Main Street Suite 200
      Worcester Ma 01608

          MICHAEL J. SULLIVAN
          United States Attorney

          */s/ Barry E. Reiferson*
          BARRY E. REIFERSON
          Trial Attorney, Tax Division
          U.S. Department of Justice
          Post Office Box 55
          Ben Franklin Station
          Washington, D.C. 20044
          Telephone: (202) 514-6058