<div align="center">

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

</div>

IN RE: INDUSTRIAL COMMERCIAL ELECTRICAL

<div align="right">CA 04-40038-WGY</div>

<div align="center">

**ORDER**

</div>

YOUNG, C.J.

    A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above captioned matter on 3/17/04,

    IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before  4/6/04  and Appellee's brief shall be filed on or before  4/21/04 . The Appellant may file and serve a reply brief on or before  5/3/04 . Oral argument on the above captioned appeal will be held on  MAY 20, 2004  at 2:00 P.M.

    Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

<div style="margin-left:50%">

By the Court,

/s/ Elizabeth Smith

_____
Deputy Clerk

</div>

**March 22, 2004**