UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re:                                           )
                                                 )
INDUSTRIAL COMMERCIAL                            )
ELECTRICAL, INC. et al.,                         )
                                                 )
        Debtors                                  )
_____                 )
                                                 )
UNITED STATES OF AMERICA                         )
(INTERNAL REVENUE SERVICE),                      )
                                                 )
        Appellant,                               )          Bankruptcy Appeal
v.                                               )          No. 04-40038-WGY
                                                 )
OFFICIAL COMMITTEE                               )
OF UNSECURED CREDITORS                           )
OF INDUSTRIAL COMMERCIAL                         )
ELECTRICAL, INC., et al.,                        )
                                                 )
        Appellee.                                )
_____                 )

## ASSENTED-TO-MOTION OF APPELLEE FOR ORDER ENLARGING TIME TO FILE BRIEF

To the Honorable William G. Young, Chief United States District Judge:

The Official Committee of Unsecured Creditors of Industrial Commercial Electrical,

Inc., I.C.E. Management Corp., and I.C.E.-Conn, Inc. (the "Appellee") hereby moves, pursuant

to Fed. R. Bankr. P. 8009 and LR 203(B), for an order enlarging by thirty (30) days the time in

which the Appellee must file its brief in the above referenced bankruptcy appeal (the "Appeal")

taken by the Department of Justice for and on behalf of the Internal Revenue Service (the

"Appellant"). As set forth herein, the Appellant assents to the relief requested herein.

In support of the foregoing, the Appellee respectfully states as follows:

1.     On or about February 9, 2004, the Appeal was taken by the Appellant by the filing of a *Notice of Appeal* (the "Notice") with the clerk of the United States Bankruptcy Court for the District of Massachusetts, Western Division.

2.     On or about March 17, 2004, the Notice, together with the items designated by the Appellant and the Appellee to be included in the record of the Appeal, was transmitted to the clerk of this Court for docketing in the Appeal.

3.     On or about March 22, 2004, this Court issued an *Order* (the "Scheduling Order") wherein the Court ordered that:  (i) the Appellant was to file its brief in the Appeal on or before April 6, 2004; (ii) the Appellee was to file its brief in the Appeal on or before April 21, 2004; (iii) the Appellant was to file its reply brief in the Appeal, if at all, on or before May 3, 2004; and (iv) oral argument was to be heard in the Appeal on May 20, 2004 at 2:00 p.m.

4.     On April 6, 2004, the Appellant filed its forty-seven (47) page brief in the Appeal, and served the same by first class mail, postage prepaid, which was delivered to counsel to the Appellee on April 9, 2004, only twelve (12) days prior to the date on which the Scheduling Order requires the Appellee to file its brief in the Appeal.

5.     Given the number and complexity of the issues raised by the Appellant in its brief, and the fact intensive appellate record before the Court, counsel to the Appellee requires additional time to properly prepare a brief responsive to the arguments raised by the Appellant. As such, the Appellee requests that the Court enlarge the time in which the Appellee must file and serve its brief by an additional thirty (30) days.

6.     In addition, since the filing of its brief, the Appellant has identified certain typographical errors that the Appellant wishes to correct, and therefore also seeks time to file a corrected brief.

7.    Based upon the foregoing, the Appellee proposes that the Court modify the Scheduling Order as follows: (i) the Appellant is to file its corrected brief in the Appeal on or before the second business day following the entry of an order by the Court allowing the within motion; (ii) the Appellee is to file its brief in the Appeal on or before May 21, 2004; (iii) the Appellant is to file its reply brief in the Appeal, if at all, on or before June 4, 2004; and (iv) scheduling oral argument for a date and time as soon after June 4, 2004 in the months of June, July, or August 2004, as the Court's calendar permits.  To assist the Court in scheduling oral argument, counsel to the Appellant has advised the undersigned that he is not available for oral argument in the Appeal between July 16, 2004 and August 7, 2004.[1]

8.    Pursuant to LR 7.1(2), the undersigned counsel to the Appellee certifies that on April 12 and 13, 2004 he conferred with counsel to the Appellant regarding the within request, to which counsel to the Appellant replied he would assent to the relief requested herein.

**WHEREFORE**, the Appellee respectfully requests that this Court enter an order:  (i) enlarging the time for the Appellee to file its brief in the Appeal; (ii) modifying the Scheduling Order as set forth herein; and (iii) granting to the Appellee such other relief as this Court deems proper and just.

---

[1] In the event that the Court is unable to schedule oral argument as requested above, the parties request a telephonic conference with the Court's calendar clerk to arrange the date and time for oral argument.

OFFICIAL COMMITTEE
OF UNSECURED CREDITORS
OF INDUSTRIAL COMMERCIAL
ELECTRICAL, INC., et al.

By its attorneys,

Bruce F. Smith (BBO No. 467900)
Howard P. Blatchford, Jr. (BBO No. 045580)
Michael J. Fencer (BBO No. 648288)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 951-0500
mfencer@jagersmith.com

Dated: April 13, 2004

ASSENTED TO:

UNITED STATES OF AMERICA,
INTERNAL REVENUE SERVICE,

By its attorneys,

Barry E. Reiferson, Esq.
United States Department of Justice, Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
(202) 514-6058
Barry.E.Reiferson@usdoj.gov

- 4 -