UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>INDUSTRIAL COMMERCIAL<br>ELECTRICAL, INC. et al.,<br><br>      Debtors<br><br>UNITED STATES OF AMERICA<br>(INTERNAL REVENUE SERVICE),<br><br>      Appellant,<br>v.<br><br>OFFICIAL COMMITTEE<br>OF UNSECURED CREDITORS<br>OF INDUSTRIAL COMMERCIAL<br>ELECTRICAL, INC., et al.,<br><br>      Appellee. | Bankruptcy Appeal<br>No. 04-40038-WGY |

**LIMITED OBJECTION OF APPELLEE TO APPELLANT'S
MOTION TO SHORTEN TIME FOR ANSWER BRIEF**

To the Honorable William G. Young, Chief United States District Judge:

The Official Committee of Unsecured Creditors of Industrial Commercial Electrical, Inc., I.C.E. Management Corp., and I.C.E.-Conn, Inc. (the "Appellee") hereby objects, on a limited basis, to the motion of the Appellant requesting that this Court shorten the time in which the Appellee must file its brief in the above referenced bankruptcy appeal (the "Appeal").

In support of the foregoing, the Appellee respectfully states as follows:

1. On or about February 9, 2004, the Appeal was taken by the Appellant by the filing of a *Notice of Appeal* (the "Notice") with the clerk of the United States Bankruptcy Court for the District of Massachusetts, Western Division.

2. On or about March 17, 2004, the Notice, together with the items designated by the Appellant and the Appellee to be included in the record of the Appeal, was transmitted to the clerk of this Court for docketing in the Appeal.

3. On or about March 22, 2004, this Court issued an *Order* (the "Scheduling Order") wherein the Court ordered that: (i) the Appellant was to file its brief in the Appeal on or before April 6, 2004; (ii) the Appellee was to file its brief in the Appeal on or before April 21, 2004; (iii) the Appellant was to file its reply brief in the Appeal, if at all, on or before May 3, 2004; and (iv) oral argument was to be heard in the Appeal on May 20, 2004 at 2:00 p.m.

4. On April 6, 2004, the Appellant filed its forty-seven (47) page brief in the Appeal, and served the same by first class mail, postage prepaid, which was delivered to counsel to the Appellee on April 9, 2004, only twelve (12) days prior to the date on which the Scheduling Order required the Appellee to file its brief in the Appeal.

5. On April 13, 2004, the Appellee filed its *Assented-To-Motion of Appellee for Order Enlarging Time to File Brief* (the "Extension Motion") wherein the Appellee requested that the Court grant, *inter alia*, an enlargement of time for the Appellee to file its brief in the Appeal, to and including May 21, 2004. By electronic order dated April 20, 2004, the Court allowed the Extension Motion in part, granting an enlargement of time for the Appellee to file its brief in the Appeal, to and including May 15, 2004.

6. On April 23, 2004, the Appellant filed a motion with this Court requesting that the Court shorten the time for the Appellee to file its brief in the Appeal by nine (9) days, or in the alternative, that the Court grant to the Appellant an additional ten (10) days to prepare and file a reply brief prior to oral argument presently scheduled for May 20, 2004. The Appellee

objects to Appellant's motion only to the extent that it seeks a shortening of the time for the Appellee to file its brief in the Appeal.

7. Given the number and complexity of the issues raised by the Appellant in its brief, and the fact intensive appellate record before the Court, counsel to the Appellee requested that the Court enlarge the time in which the Appellee must file and serve its brief by an additional thirty (30) days, which relief was granted only in part. As such, the Appellee submits that it will need all of the additional time granted by the Court to properly brief the issues before the Court.

**WHEREFORE**, the Appellee respectfully requests that this Court enter an order: (i) denying the Appellant's motion to the extent that the Appellant seeks a shortening of the time for the Appellee to file its brief in the Appeal; and (ii) granting to the Appellee such other relief as this Court deems proper and just.

OFFICIAL COMMITTEE
OF UNSECURED CREDITORS
OF INDUSTRIAL COMMERCIAL
ELECTRICAL, INC., et al.

By its attorneys,

/s/ Michael J. Fencer
_____
Bruce F. Smith (BBO No. 467900)
Howard P. Blatchford, Jr. (BBO No. 045580)
Michael J. Fencer (BBO No. 648288)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 951-0500
mfencer@jagersmith.com

Dated: April 27, 2004

- 4 -

## CERTIFICATE OF SERVICE

  I, Michael J. Fencer, hereby certify that on this 27th day of April 2004, I caused a true and accurate copy of the within *Limited Objection of Appellee to Appellant's Motion to Shorten Time for Answer Brief* to be served upon Barry E. Reiferson, Esq., counsel for the United States of America, U.S. Department of Justice, Civil Trial Section, Northern Region, Tax Division, P.O. Box 55, Ben Franklin Station, Washington, DC 20044, via electronic mail at Barry.E.Reiferson@usdoj.gov, and via first class mail, postage paid.

                     __/s/ Michael J. Fencer_____
                     Michael J. Fencer