UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: )<br>)<br>INDUSTRIAL COMMERCIAL )<br>ELECTRICAL, INC. et al., )<br>)<br>      Debtors )<br>)<br>UNITED STATES OF AMERICA )<br>(INTERNAL REVENUE SERVICE), )<br>)<br>      Appellant, )<br>v. )<br>)<br>OFFICIAL COMMITTEE )<br>OF UNSECURED CREDITORS )<br>OF INDUSTRIAL COMMERCIAL )<br>ELECTRICAL, INC., et al., )<br>)<br>      Appellee. )<br>) | Bankruptcy Appeal<br>No. 04-40038-WGY |

## NOTICE OF APPEAL

The Official Committee of Unsecured Creditors of Industrial Commercial Electrical, Inc., I.C.E. Management Corp., and I.C.E.-Conn, Inc. (the "Committee") hereby gives notice of its appeal, pursuant to 28 U.S.C. § 158(d), and F.R.A.P. 6(b)(1) and 4(a)(1), to the United States Court of Appeals for the First Circuit from the judgment, order, or decree of the United States District Court for the District of Massachusetts, Young, C.J., entered in the above captioned bankruptcy appeal on January 6, 2005 (the "Order").

The names of all parties to the Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Appellant, Official Committee of Unsecured Creditors

*represented by:*

Bruce F. Smith, Esq.
Howard P. Blatchford, Jr., Esq.
Michael J. Fencer, Esq.
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 951-0500

Appellee, Internal Revenue Service of the United State of America

*represented by:*

Barry E. Reiferson, Esq.
U.S. Department of Justice
Civil Trial Section, Northern Region
Tax Division
P.O. Box 55
Ben Franklin Station, Washington, DC 20044
(202) 514-6058

        OFFICIAL COMMITTEE OF UNSECURED
        CREDITORS OF INDUSTRIAL COMMERCIAL
        ELECTRICAL, INC., I.C.E. MANAGEMENT
        CORP., and I.C.E.-CONN, INC.,

        By its attorneys,

        /s/ Michael J. Fencer

        Bruce F. Smith  (BBO No. 467900)
        Howard P. Blatchford, Jr.  (BBO No. 045580)
        Michael J. Fencer  (BBO No. 648288)
        JAGER SMITH P.C.
        One Financial Center
        Boston, Massachusetts 02111
        (617) 951-0500

Dated: March 7, 2005

## CERTIFICATE OF SERVICE

I, Michael J. Fencer, hereby certify that on this 7th day of March 2005, I caused a true and accurate copy of the within *Notice of the Appeal* to be served upon Barry E. Reiferson, Esq., counsel for the United States of America, U.S. Department of Justice, Civil Trial Section, Northern Region, Tax Division, P.O. Box 55, Ben Franklin Station, Washington, DC 20044, via electronic mail at Barry.E.Reiferson@usdoj.gov.

/s/ Michael J. Fencer
_____
Michael J. Fencer, Esq.