## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-40038

United States of America

v.

Official Committee fo Unsecured Creditors of Industrial Commercial Electrical, Inc., et al

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I-III are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/7/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 14, 2005.

Tony Anastas, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/14/05 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:04-cv-40038-WGY

| | |
|---|---|
| In Re: Industrial Commercial Electrical, Inc. | Date Filed: 03/17/2004 |
| Assigned to: Chief Judge William G. Young | Jury Demand: None |
| Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA | Nature of Suit: 422 Bankruptcy Appeal (801) |
| | Jurisdiction: Federal Question |

### In Re

**Industrial Commercial Electrical, Inc**
*Debtor*

### Appellant

**United States of America**
*Internal Revenue Service*

represented by **Barry E. Reiferson**
U.S. Department of Justice
Trial Attorney, Tax Division
P.O. Box 55
Ben Franklin Station
Washington, DC 20044
202-514-6058
Fax: 212-514-5238
Email: barry.e.reiferson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Sullivan**
United States Attorney's Office
John Joseph Moakley Federal Courthouse

1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3350
Fax: 617-748-3953
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

V.

**Appellee**

**Official Committee of Unsecured Creditors**    represented by    **Michael J. Fencer**
Jager Smith, P.C.
One Financial Center
4th Floor
Boston, MA 02111
617-951-0500
Fax: 617-951-2414
Email: mfencer@jagersmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Appellee**

**Industrial Commercial Electrical, Inc**    represented by    **Carl D. Aframe**
Aframe, Barnhill & Von Timroth, P.A.
370 Main Street
Worcester, MA 01608
508-756-6940
Fax: 508-753-8219
Email: aframe@aframebarnhill.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Appellee**

**I.C.E.-Conn, Inc.**   represented by   **Carl D. Aframe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Michael J. Fencer**
(See above for address)
*ATTORNEY TO BE*
*NOTICED*

**Appellee**

**I.C.E. Management Corporation**   represented by   **Carl D. Aframe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Michael J. Fencer**
(See above for address)
*ATTORNEY TO BE*
*NOTICED*

**Notice**

**United States Trustee**   represented by   **United States Trustee**
14th Floor
446 Main Street
Worcester, MA 01608
508-793-0555
PRO SE

**Notice**

**United States Bankruptcy Court**   represented by   **United States Bankruptcy Court**
595 Main Street
Worcester, MA 01608

507-770-8900
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2004 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 02-45451. File received, filed by United States of America.(Hassett, Kathy) (Entered: 03/17/2004) |
| 03/22/2004 | 2 | Bankruptcy Scheduling Order Appellant Brief due by 4/6/2004. Appellee Brief due by 4/21/2004. Appellant Reply Brief due by 5/3/2004. Oral Argument will be 5/20/04 at 2:00 p.m. cc/cl.(Bell, Marie) (Entered: 03/22/2004) |
| 04/06/2004 | 3 | Appellant's BRIEF by United States of America. Appellee Brief due by 4/21/2004. (Reiferson, Barry) Additional attachment(s) added on 4/7/2004 (Hassett, Kathy). (Entered: 04/06/2004) |
| 04/13/2004 | 4 | ASSENTED TO MOTION for Extension of Time to File Brief by I.C.E. Management Corporation, I.C.E.-Conn, Inc., Official Committee of Unsecured Creditors.(Bell, Marie) (Entered: 04/15/2004) |
| 04/19/2004 |  | Judge William G. Young : ELECTRONIC ORDER entered granting in part and denying in part 4 Motion for Extension of Time. The Appellee may have to May 15, 2004 to file its brief. Motion otherwise Denied. cc/cl (Smith, Bonnie) (Entered: 04/20/2004) |
| 04/23/2004 | 5 | MOTION Motion to Shorten Deadline For Answer Brief, So As to Permit Rule 8009's Reply Time Prior to Oral Argument, Or Grant Other Relief As Necessary to Eliminate Unfairness From Amended Schedule To Which United States Did Not Assent (As the Court May Have Assumed From Appellee's "Assented-To Motion") by United States of America. |

| | | |
|---|---|---|
| | | (Reiferson, Barry) (Entered: 04/23/2004) |
| 04/27/2004 | 6 | Opposition re 5 MOTION Motion to Shorten Deadline For Answer Brief, So As to Permit Rule 8009's Reply Time Prior to Oral Argument, Or Grant Other Relief As Necessary to Eliminate Unfairness From Amended Schedule To Which United States Did Not Assent (As the Cour *(Limited) (with Certificate of Service)* filed by Official Committee of Unsecured Creditors. (Fencer, Michael) (Entered: 04/27/2004) |
| 05/12/2004 | | Judge William G. Young : ELECTRONIC ORDER entered DENYING 5 Motion to Shorten Deadline for Answer Brief. (Bell, Marie) (Entered: 05/12/2004) |
| 05/14/2004 | 7 | Appellee's BRIEF by Official Committee of Unsecured Creditors. (Fencer, Michael) (Entered: 05/14/2004) |
| 05/14/2004 | 8 | APPENDIX to 7 Appellee's Brief by I.C.E. Management Corporation, I.C.E.-Conn, Inc., Industrial Commercial Electrical, Inc, Official Committee of Unsecured Creditors. (Bell, Marie) (Entered: 05/17/2004) |
| 05/19/2004 | 9 | Appellant's REPLY BRIEF by United States of America. (Reiferson, Barry) (Entered: 05/19/2004) |
| 05/20/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge William G. Young : Argument on Bankruptcy Appeal held on 5/20/2004. After hearing the Court takes the matter UNDER ADVISEMENT (Court Reporter WOMACK.) (Smith, Bonnie) (Entered: 05/21/2004) |
| 01/04/2005 | 10 | Judge William G. Young : MEMORANDUM AND ORDER entered. ACCORDINGLY, THE DECISION OF THE BANKRUPTCY COURT IS REVERSED. THE BANKRUPTCY COURT SHALL ALLOW THE IRS's ADMINISTRATIVE CLAIM, IN THE FULL AMOUNT OF $347,345.56. THIS CASE IS |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                   |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | HEREBY REMANDED FOR PROCEEDINGS CONSISTENT WITH THIS OPINION. cc/cl.(Bell, Marie) (Entered: 01/05/2005)                                                                                                                                                                                                                                                                                                            |
| 01/06/2005 | ●   | Civil Case Terminated. (Bell, Marie) (Entered: 01/06/2005)                                                                                                                                                                                                                                                                                                                                                        |
| 03/07/2005 | ●11 | NOTICE OF APPEAL as to 10 Memorandum & ORDER, by Official Committee of Unsecured Creditors. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/28/2005. (Fencer, Michael) (Entered: 03/07/2005) |
| 03/08/2005 | ●   | Filing fee: $ 255.00, receipt number 62580 regarding Notice of Appeal (Bell, Marie) (Entered: 03/09/2005)                                                                                                                                                                                                                                                                                                         |