UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | |
| INDUSTRIAL COMMERCIAL ) | |
| ELECTRICAL, INC. et al., ) | |
| ) | |
| Debtors ) | |
| ) | |
| OFFICIAL COMMITTEE ) | |
| OF UNSECURED CREDITORS ) | |
| OF INDUSTRIAL COMMERCIAL ) | |
| ELECTRICAL, INC., et al., ) | |
| ) | |
| Appellant, ) | |
| v. ) | Bankruptcy Appeal |
| ) | No. 04-40038-WGY |
| UNITED STATES OF AMERICA ) | |
| (INTERNAL REVENUE SERVICE), ) | |
| ) | |
| Appellee. ) | |

**APPELLANT'S STATEMENT OF ISSUES AND
DESIGNATION OF RECORD FOR APPEAL**

Pursuant to F.R.A.P. 6(b)(2)(B), appellant Official Committee of Unsecured Creditors of Industrial Commercial Electrical, Inc., I.C.E. Management Corp., and I.C.E.-Conn, Inc. ("Appellant"), hereby gives its statement of the issues to be presented, and its designation of the items to be included in the record on appeal to the United States Court of Appeals for the First Circuit:

**I. Statement of Issues Presented on Appeal**

The Appellant states that it expects the following issues to be presented in this appeal:

1.Whether the trial court committed clear error when it found that the taxpayer bankruptcy debtors maintained all business records, and cooperated with all reasonable requests for information regarding the claimed deductions for their 2002 fiscal year, when those findings were based upon testimony and documentary evidence that showed that one or more of the witnesses presented at trial had personally examined, surveyed, and analyzed the books, records, and prior years tax returns kept by the taxpayer bankruptcy debtors in the normal course of their businesses, and that one or more of the witnesses had personally interviewed and otherwise consulted with the taxpayer bankruptcy debtors' management and outside tax professionals regarding the taxpayer bankruptcy debtors' business and tax affairs.

2.Whether the trial court committed clear error when it found that the taxpayer bankruptcy debtors substantiated the claimed deductions for their 2002 fiscal year, when that finding was based upon testimony and documentary evidence that showed that one or more of the witnesses presented at trial had personally examined, surveyed, and analyzed the books, records, and prior years tax returns kept by the taxpayer bankruptcy debtors in the normal course of their businesses and relevant to the claimed deductions, and that one or more of the witnesses had personally interviewed and otherwise consulted with the taxpayer bankruptcy debtors' management and outside tax professionals regarding the taxpayer bankruptcy debtors' business and tax affairs.

3.Whether the trial court committed clear error by basing its factual findings on the credible testimony of the taxpayer bankruptcy debtors' witnesses, one or more of who had personally examined, surveyed, and analyzed the books, records, and prior years tax returns kept by the taxpayer bankruptcy debtors in the normal course of their

businesses, and had personally acquired first hand knowledge concerning the relevant facts and circumstances underlying the claimed deductions for their 2002 fiscal year.

    4.    Whether, for the purposes of applying 26 U.S.C. § 7491(a)(1), the duty of a taxpayer under 26 U.S.C. § 7491(a)(2)(A) to substantiate any item related to that taxpayer's tax liability arises only in response to: (i) an *actual* request or requests by the Internal Revenue Service pursuant to 26 U.S.C. § 7491(a)(2)(B) for witnesses, information, documents, meetings, or interviews regarding a specific item or items related to that taxpayer's tax liability; or (ii) an *actual* determination or an assessment of tax liability against the taxpayer.

    5.    Whether the trial court committed reversible error when it found the taxpayer bankruptcy debtors had presented "credible evidence" for the purposes of 26 U.S.C. § 7491(a)(1), thereby shifting the burden of proof to the Internal Revenue Service, when the taxpayer bankruptcy debtors offered the credible testimony of witnesses who had personally examined, surveyed, and analyzed the books, records, and prior years tax returns kept by the taxpayer bankruptcy debtors in the normal course of their businesses, and who had personally evaluated the taxpayer bankruptcy debtors' tax rights and prepared their amended tax filings based upon those witnesses expert opinions and judgments.

**II. Designation of the Record on Appeal**

The Appellant designates the following items to be certified and sent to the Clerk of the United States Court of Appeals for the First Circuit to be included in the record in this appeal:

| **District Court Docket No.** | **Date** | **Description of Designated Items** |
|---|---|---|
| - - | -- | Complete record before the United States District Court for the District of Massachusetts (Young, C.J.) on intermediate appeal |
| 3 | April 6, 2004 | *Appellant's Opening Brief* |
| 7 | May 14, 2004 | *Brief of the Appellee* |
| 8 | May 14, 2004 | *Appendix to Brief of the Appellee* |
| 9 | May 19, 2004 | *Appellant's Reply Brief* |
| 10 | January 4, 2005 | *Memorandum and Order* (Young, C.J.) |
| 11 | March 7, 2005 | *Notice of Appeal* |

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF INDUSTRIAL COMMERCIAL ELECTRICAL, INC., I.C.E. MANAGEMENT CORP., and I.C.E.-CONN, INC.,

By its attorneys,

/s/ Michael J. Fencer

Bruce F. Smith  (BBO No. 467900)
Howard P. Blatchford, Jr.  (BBO No. 045580)
Michael J. Fencer  (BBO No. 648288)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 951-0500

Dated: March 17, 2005

4

**CERTIFICATE OF SERVICE**

  I, Michael J. Fencer, hereby certify that on the 17th day of March 2005, I caused a true and accurate copy of the within *Appellant's Statement of Issues and Designation of Record for Appeal* to be served upon the following persons, who do not otherwise receive electronic notice of filing, via first class mail, postage prepaid.

              /s/ Michael J. Fencer
              _____
              Michael J. Fencer

Barry E. Reiferson, Esq.
U.S. Department of Justice
Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station, Washington, DC 20044,