04-40038
USDC-MA80
J. Young

# United States Court of Appeals
## For the First Circuit

No.  05-1379

**MANDATE**

IN RE: INDUSTRIAL COMMERCIAL ELECTRICAL, INC.

Debtor

---

UNITED STATES, Internal Revenue Service

Appellee

v.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS; INDUSTRIAL COMMERCIAL ELECTRICAL, INC.; I.C.E.-CONN, INC.; I.C.E. MANAGEMENT CORPORATION

Appellants

---

**JUDGMENT**

**Entered: April 18, 2005**

Upon consideration of stipulation,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/18/05

By the Court:
Richard Cushing Donovan, Clerk

By: __JULIE GREGG__
Operations Manager

[cc: Carl D. Aframe, Esq., Karen D. Utiger, Esq., Michael J. Fencer, Esq. ]